```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-20-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CESAR GARCIA, et al.,              :    09 Civ. 6101 (VM)
                                    :
                Plaintiffs,         :
                                    :    **CONDITIONAL**
    - against -                     :    **ORDER OF DISCONTINUANCE**
                                    :    **WITHOUT PREJUDICE**
GRACE UNDER FIRE LLC, et al.,       :
                                    :
                                    :
                Defendants.         :
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

Counsel on behalf of the parties, having notified the Court, by letter dated November 20, 2009, a copy of which is attached, that the parties have reached an agreement in principle to settle this action without further litigation, it is hereby

**ORDERED,** that this action be conditionally discontinued without prejudice and without costs; provided, however, that within thirty (30) days of the date of this Order, the parties may submit to the Court their own Stipulation of Dismissal for the Court to So Order. Otherwise, within such time counsel for plaintiff may apply by letter for restoration of the action to the active calendar of this Court in the event by the deadline indicated the settlement is not consummated. Upon such notification, the defendant shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action and any pending motions to its active docket and the parties shall be directed to appear before the Court, without the necessity of additional process, on a date

within ten days of the plaintiff's application for reinstatement, to schedule remaining pre-trial proceedings and/or motions, as appropriate. This Order shall be deemed a final discontinuance of the action with prejudice in the event plaintiff has not requested restoration of the case to the active calendar within such period of time.

The conference scheduled for November 20, 2009 is canceled but shall be rescheduled as set forth above in the event plaintiff notifies the Court that the parties' settlement was not effectuated and that such conference is necessary to resume pretrial proceedings herein.

The Clerk of Court is directed to withdraw any pending motions and to withdraw any pending motions and to close this case.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         20 November 2009

                                           VICTOR MARRERO
                                              U.S.D.J.



# Fox Rothschild LLP
ATTORNEYS AT LAW

100 Park Avenue, Suite 1500
New York, NY 10017
Tel 212.878.7900  Fax 212.692.0940
www.foxrothschild.com

Seth M. Kaplan
Direct Dial: (212) 878-7916
Email Address: skaplan@foxrothschild.com

November 20, 2009

### VIA FACSIMILE (212-805-6382)

Hon. Victor Marrero
United States Courthouse
500 Pearl Street, Suite 660
New York, New York 10007

      Re:   **Garcia, et. al. v. Grace Under Fire, LLC, et. al.**
             **Case No. 09-CV-6101**

Your Honor:

      In light of the fact that the parties have agreed to a settlement in principal in connection with the above-referenced matter, the parties jointly request that the case management conference scheduled for 4:30 pm this afternoon be adjourned indefinitely. The parties will endeavor to submit the appropriate stipulation of dismissal and settlement agreement for the Court's approval as soon as possible.

      We thank the Court for its attention to this matter.

                                               Sincerely,

                                               Seth M. Kaplan

cc:   Michael Faillace, Esq. (counsel for Plaintiffs, via facsimile)

A Pennsylvania Limited Liability Partnership

California    Delaware    Florida    Nevada    New Jersey    New York    Pennsylvania
NY1 448764v1 11/20/09